UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

ROBERT CUSTER,                              )
                                            )
                    Plaintiff,              )    Case No.: 12-CV-1078-JTM-JPO
                                            )
        vs.                                 )    PLAINTIFF'S COMPLAINT
                                            )    AND DEMAND FOR JURY TRIAL
ASSET ACCEPTANCE, LLC,                      )
                                            )
                    Defendant.              )

## VERIFIED COMPLAINT

ROBERT CUSTER, ("Plaintiff"), through the undersigned counsel, RAYMOND E. PROBST, JR. alleges the following against ASSET ACCEPTANCE, LLC ("Defendant"):

## INTRODUCTION

1.      Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

## JURISDICTION AND VENUE

2.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.      Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.  Defendant may be served through its registered agent:  The Corporation Company, 112 SW 7th Street, Suite 3C, Topeka KS 66603.

4.      Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**PARTIES**

6.      Plaintiff is a natural person residing in Moline, Kansas.

7.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Defendant is a national company, with its corporate office located at:  Asset Acceptance, 28405 Van Dyke Avenue, Warren, MI 48093.

10.     Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

**FACTUAL ALLEGATIONS**

**A.      DEBT**

11.     Plaintiff allegedly incurred a financial obligation (the "Debt") to MasterCard (the "Creditor") in connection with a personal credit card.

12.     The Debt arose from services allegedly provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

13.     The debt was incurred on or about June 2011.

14.     The Debt was purchased, assigned or transferred to Asset Acceptance for collection, or Asset Acceptance was employed by the Creditor to collect the Debt.

15.     The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. §1692a(2).

2

## B.    HARASSMENT AND ABUSIVE TACTICS

16.    Defendant constantly and continuously places collection calls to Plaintiff at 620-307-0013seeking and demanding payment for the alleged debt.

17.    Defendant calls Plaintiff from telephone number 301-223-0096 seeking and demanding payment for the alleged debt.

18.    Defendant reaches Plaintiff at work at 620 248 8372 and continues to do so despite being asked not to.

19.    Defendant has caused Plaintiff's personal phone to ring and has engaged Plaintiff in telephone conversations repeatedly.

20.    Defendant began calling in 2009.

21.    Defendant has threatened Plaintiff with litigation.

22.    Defendant attempts to collect on a MasterCard debt when Plaintiff has never had a MasterCard.

23.    Defendant did not send Plaintiff a validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

24.    Defendant violated the FDCPA based on the following:

a.) Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at Plaintiff's place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.

b.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

c.) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

3

d.) Defendant violated *§1692c(a)(1)*of the FDCPA by communicating with Plaintiff at such place and time known or which should have been known to be inconvenient to Plaintiff.

e.) Defendant violated *§1692g* of the FDCPA by failing to send Plaintiff a validation notice within five days of the initial communication.

f.) Defendant violated *§1692g(b)* of the FDCPA by continuing with collection attempts on the alleged debt before the debt has been validated.

g.) Defendant violated *§1692e(2)* of the FDCPA by communicating a false impression of the character, amount, or legal status of the alleged debt.

h.) Defendant violated *§1692e(5)* of the FDCPA by threatening to take an action that cannot legally be taken or that is not intended to be taken.

WHEREFORE, Plaintiff, ROBERT CUSTER, respectfully requests judgment be entered against Defendant, ASSET ACCEPTANCE, LLC   for the following:

a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

c. Actual damages,

d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROBERT CUSTER, demands a jury trial in this case.

## DESIGNATION OF TRIAL

Plaintiff designates the Wichita Division to conduct the Trial in this cause of action.

[ELECTRONIC SIGNATURED AFFIXED ON NEXT PAGE]

4

This 8th day of March, 2012.

THE PROBST LAW FIRM, P.A.

BY:       _/s/ Raymond E. Probst, Jr._
          Raymond E. Probst, Jr.
          KS Bar No. 20370
          Attorney for Plaintiff
          827 Armstrong Avenue
          Kansas City, KS  66101
          (913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com