UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| ROBERT CUSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:12-cv-01078-JTM-JPO |
| ) | |
| ASSET ACCEPTANCE, LLC ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROBERT CUSTER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 19th day of September, 2012.

THE PROBST LAW FIRM, P.A.

*/s/ Raymond E. Probst, Jr.*
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS 66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
(678) 781-1012
alex@fdcpalawyeronline.com